May Term,
1857.

DEVOSS
v.
JAY.

Wednesday,
August 12.

DEVOSS *v.* JAY and Others.

APPEAL from the *Randolph* Circuit Court.

*Per Curiam.*—Demurrer to complaint sustained; judgment for the defendant below; and no exception. Affirmed on the authority of *Zehnor* v. *Beard*, 8 Ind. R. 96 (1).

Judgment for the appellee for costs.

*J. Smith*, for the appellant.

*W. March*, for the appellees.

(1) See note to *Wheeler* v. *Carpenter*, *ante*, 153, for cases.

END OF THE MAY TERM.